**Order entered July 8, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

**DAARON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-35389-N, F12-33600-N, F12-34766-N**

## ORDER

On May 13, 2014, this Court ordered we ordered court reporter Sandra Hughes to file, within fifteen days, a supplemental record of the July 3, 2012 plea hearing conducted in trial court no. F12-33600-N (cause no. 05-13-01385-CR). The docket sheet for that case, however, reflects that Yolanda Atkins is the court reporter who recorded the July 3, 2012 hearing. The docket sheet also reflects that Winnie Lacy recorded a hearing conducted on May 9, 2012. The Court has not received the reporter's record of either the May 9, 2012 hearing or the July 3, 2012 hearing, nor can the Court determine whether either Ms. Lacy or Ms. Atkins received notice of the requested record from either appellant's counsel or Sandra Hughes, official court reporter of the 195th Judicial District Court. Accordingly, this is now the order of the Court.

We **ORDER** court reporter Winnie Lacy to file, within **THIRTY DAYS** of the date of this order, the reporter's record, including any exhibits that were admitted into evidence, of the May 9, 2012 hearing conducted in trial court no. F12-33600-N (cause no. 05-13-01385-CR).

We **ORDER** court reporter Yolanda Atkins to file, within **THIRTY DAYS** of the date of this order, the reporter's record, including any exhibits that were admitted into evidence, of the July 3, 2012 hearing conducted in trial court no. F12-33600-N (cause no. 05-13-01385-CR).

We **ORDER** appellant to file his brief in all three of these appeals within **SIXTY DAYS** of the date of this order.  No further extensions will be granted.  If appellant's brief is not filed within the time specified, the Court may order that Julie Woods be removed as counsel and that the trial court appoint new counsel to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Sandra Hughes, official court reporter, 195th Judicial District Court; Winnie Lacy, court reporter; Yolanda Atkins, court reporter; Julie Woods, Dallas County Public Defender's Office; and Michael Casillas, Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE